IN THE MATTER OF: SUSAN MARSH

No. 7426DC994

(Filed 5 March 1975)

APPEAL by respondent from *Black, Judge.* Judgment entered 27 September 1974 in District Court, MECKLENBURG County. Heard in the Court of Appeals 12 February 1975.

*Attorney General Edmisten, by Assistant Attorney General Parks H. Icenhour, for the State.*

*Walker & Walker, by John G. Walker, for respondent appellant.*

BROCK, Chief Judge, VAUGHN and MARTIN, Judges.

Appeal dismissed.

STATE OF NORTH CAROLINA v. ROBERT LEE FUNDERBURK

No. 7420SC996

(Filed 5 March 1975)

APPEAL by defendant from *Smith, Judge.* Judgment entered 20 June 1974 in Superior Court, UNION County, revoking probation and requiring service of sentence of imprisonment which had theretofore been suspended. Heard in the Court of Appeals 13 February 1975.

*Attorney General Edmisten, by Associate Attorney Wilton E. Ragland, Jr., for the State.*

*James E. Griffin, for the defendant.*

BROCK, Chief Judge, HEDRICK and CLARK, Judges.

No error.